**Robert R. PRUNTE, Appellant**

v.

**UNIVERSAL MUSIC GROUP, INC., et al., Appellees.**

No. 10–7058.

United States Court of Appeals,
District of Columbia Circuit.

April 1, 2011.

Robert R. Prunte, Atlanta, GA, pro se.

Michael Brian DeSanctis, Esquire, Michelle April Groman, Paul March Smith, Esquire, Jenner & Block LLP, Washington, DC, for Appellees.

BEFORE: TATEL, GARLAND, and KAVANAUGH, Circuit Judges.

## JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's judgment be affirmed. The district court correctly determined that the

lyrics of the allegedly infringing songs were not substantially similar to protectible elements of appellant's works. *See Sturdza v. United Arab Emirates*, 281 F.3d 1287, 1295 (D.C.Cir.2002).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.